HENRY ERICKSON v. J. B. ELLIOTT.

Opinion filed June 19, 1908.

Appeal from District Court, McHenry county; *E. B. Goss,* J.

Action by Henry Erickson against J. B. Elliott. Judgment for plaintiff was reversed in the district court, and he appeals.

Reversed.

*Christiansen '& Weber,* for appellant.

*D. J. O'Connell and Chas. D. Donnelly,* for respondent.

PER CURIAM. Following the case of Erickson v. Elliott, 17 N. D. 389, 117 N. W. 361, decided at this term; the judgment appealed from is reversed, a new trial granted, and the cause remanded for further proceedings.

---

M. E. SOLIAH, ET AL., v. A. G. CORMACK, C. L. GORDON AND J. F. JOHNSON. CONSTITUTING THE BOARD OF DRAIN COMMISSIONERS OF TRAILL COUNTY, NORTH DAKOTA.

Opinion filed May 28, 1908.

**Constitutional Law — Delegation of Legislative Power — Drainage Act.**

1. The drainage act, being sections 1818 to 1850, Rev. Codes 1905, does not conflict with section 25 of the state constitution, which vests the legislative power of the people of the state in the legislative assembly. Appellants' contention that such drainage law is an unwarranted delegation of legislative power to the board of drain commissioners is not sustained.

**Same — Due Process of Law.**

2. Such law does not violate the fourteenth amendment to the Constitution of the United States, nor section 13 of the constitution of this state, prohibiting the taking of property without due process of law.

Appeal from District Court, Traill County; *Pollock,* J.

Action by M. E. Soliah and others against A. G. Cormack and others. Judgment for defendants, and plaintiffs appeal.

Affirmed.

*P. G. Swenson and Engerud, Holt & Frame,* for appellants.